Elliot S. Blut, Esq.
Nevada Bar No. 6570
Blut Law Group, PC
300 South Fourth Street, Suite 701
Las Vegas, NV  89101
Telephone: (702) 706-0727
Facsimile: (702) 384-8565

Attorneys for Plaintiff,
TOPOLEWSKI AMERICA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOPOLEWSKI AMERICA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02045-GMN-DJA<br><br>STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>(FIRST REQUEST) |

     Pursuant to Local Rules IA 6-1 and 7-1, Defendant State of California Employment Development Department and Plaintiff Topolewski America, Inc. stipulate, agree, and respectfully request that the Court extend the deadline for Topolewski America to respond to EDD's Motion to Dismiss from February 23, 2023 to March 8, 2023.

     1.     On February 9, 2023, EDD filed a Motion to Dismiss (ECF No. 9).

     2.     The parties agreed to extend the deadline for Plaintiff to respond to EDD's Motion to Dismiss to March 8, 2023..

     3.     This is Topolewski America's first request to the Court for an extension of

time to respond to Defendant's Motion to Dismiss and the request is in good faith and not for the purposes of delay.

Dated this 24th day of February, 2023

| McDONALD CARANO LLP | BLUT LAW GROUP, PC |
|---|---|
| By: */s/ Kiley A. Harrison*<br>Pat Lundvall (NSBN 3761)<br>Rory T. Kay (NSBN 12416)<br>Kiley A. Harrison (NSBN 16092)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>plundvall@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com<br>kharrison@mcdonaldcarano.com<br>*Attorneys for Defendant*<br>*State of California Employment*<br>*Development Department* | By: */s/ Elliot S. Blut*<br>Elliot S. Blut (NSBN 6570)<br>300 South Fourth Street, Suite 701<br>Las Vegas, Nevada 89101<br>eblut@blutlaw.com<br>*Attorneys for Plaintiff*<br>*Topolewski America, Inc.* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this   24   day of February, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT